# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED MAY 27, 2021**

---

---

**NO. 03-19-00504-CR**

---

**Tiffany Wade, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 427TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.